UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation;<br><br>Plaintiff,<br><br>v.<br><br>ROY ORON, an individual; JEFFREY GILES, an individual; DALE BROWN, an individual; FIRST IMPRESSION INTERACTIVE, INC., an Illinois corporation; and JOHN DOES 1-10;<br><br>Defendants. | NO. 2:19-cv-00523-RSM<br><br>**JOINT STIPULATED MOTION AND ORDER CONTINUING TIME TO RESPOND TO COMPLAINT AND AMENDING INITIAL CASE DEADLINES** |

## I. **STIPULATION**

Plaintiff Amazon.com, Inc., and defendants First Impression Interactive, Inc., Jeffrey Giles, and Dale Brown jointly stipulate to, and request that the Court enter, the sub-joined order (a) continuing defendants' time to answer the complaint and (b) amending the Initial Case Deadlines.

First Impression, Mr. Giles, and Mr. Brown have only recently been served and retained counsel. The parties have conferred and plaintiff has agreed to provide defendants with additional time to get up to speed and to prepare a response to the Complaint. The parties believe that this will facilitate a better informed and more productive Rule 26(f) conference. The parties also anticipate engaging in broader, informal discussions regarding the basis of the claims, which may impact the scope of the litigation and/or of discovery.

ORDER - 1

In addition, defendant Roy Oron is a foreign defendant and has not yet been served. Extending the current deadlines will also facilitate efforts to serve Mr. Oron and potentially allow counsel for Mr. Oron to participate in the Rule 26(f) conference.

Accordingly, the parties believe that continuing the time to respond to the Complaint and amending the Initial Case Deadlines is in the interests of justice and may conserve judicial resources. The parties therefore jointly stipulate to and request entry of the subjoined order.

DATED this 10th day of May, 2019.

| DAVIS WRIGHT TREMAINE LLP | BYRNES KELLER CROMWELL LLP |
|---|---|
| By /s/ Bonnie E. MacNaughton<br>    Bonnie E. MacNaughton, WSBA #36110<br>    bonniemacnaughton@dwt.com | By /s/ Bradley S. Keller<br>    Bradley S. Keller, WSBA #10665<br>    bkeller@byrneskeller.com |
| By /s/ James H. Wendell<br>    James H. Wendell, WSBA #46489<br>    jamiewendell@dwt.com | By /s/ Jofrey M. McWilliam<br>    Jofrey M. McWilliam, WSBA #28441<br>    jmcwilliam@byrneskeller.com |
| By /s/ Sara A. Fairchild<br>    Sara A. Fairchild, WSBA #54419<br>    sarafairchild@dwt.com<br>920 Fifth Avenue, Suite 3300<br>Seattle, Washington 98104<br>206-622-3150<br>Fax: 206-757-7700<br>*Attorneys for Plaintiff Amazon.com, Inc.* | 1000 Second Avenue, 38th Floor<br>Seattle, Washington 98104<br>206-622-2000<br>Fax: 206-622-2522<br>*Attorneys for Defendants First Impression Interactive, Inc., Jeffrey Giles, and Dale Brown* |

## II. ORDER

Based upon the foregoing stipulation of the parties, it is hereby ordered that the deadlines in this matter are continued and amended as follows (amending the Initial Scheduling Dates in the Court's Order of April 17, 2019 (Dkt. #5)):

//

//

ORDER - 2

| | |
|---|---:|
| Deadline for defendants First Impression, Giles and Brown to respond to the Complaint | 6/7/2019 |
| Deadline for FRCP 26(f) Conference | 6/25/2019 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 7/2/2019 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 7/9/2019 |

IT IS SO ORDERED this 10th day of May, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 3