UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware corporation,

Plaintiff,

v.

ROY ORON, an individual; JEFFREY GILES, an individual; DALE BROWN, an individual; FIRST IMPRESSION INTERACTIVE, INC., an Illinois corporation; and JOHN DOES 1–10,

Defendants.

No. C19-523 RSM

ORDER GRANTING PLAINTIFF AMAZON.COM, INC.'S MOTION FOR AUTHORIZATION FOR ALTERNATIVE SERVICE OF PROCESS

This matter comes before the Court on Plaintiff Amazon.com, Inc.'s ("Amazon") Motion for Authorization for Alternative Service of Process. The Court has reviewed the Motion and supporting documents, as well as the papers filed in connection with this matter. The Court finds good cause to grant Amazon's motion. The Court orders that Amazon has leave under Federal Rule of Civil Procedure 4(f)(3) to serve Defendant Roy Oron with the Complaint, the Summons, and this Order by registered international mail to the address <u>533 Hazait Street, 59 Hazait, Beit Aryeh, 7194700 Israel</u> and by registered email to the email address <u>roy@clickomy.com</u>. Such service shall be made no later than ten days from the date of this Order or at such time as may be extended by this Court.

//

ORDER GRANTING AMAZON'S MOTION
FOR ALTERNATIVE SERVICE (2:19-CV-00523-RSM) — 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax

DATED this 6th day of June 2019.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiff Amazon.com, Inc.*

By *s/ Bonnie E. MacNaughton*
　　Bonnie E. MacNaughton, WSBA #36110
　　James H. Wendell, WSBA #46489
　　Sara A. Fairchild, WSBA #54419
　　920 Fifth Avenue, Suite 3300
　　Seattle, WA 98104
　　Tel: (206) 622-3150
　　Fax: (206) 757-7700
　　Email: bonniemacnaughton@dwt.com
　　　　　jamiewendell@dwt.com
　　　　　sarafairchild@dwt.com

ORDER GRANTING AMAZON'S MOTION FOR
ALTERNATIVE SERVICE (2:19-CV-00523-RSM) — 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax