The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation;<br><br>Plaintiff,<br><br>v.<br><br>ROY ORON, an individual; JEFFREY GILES, an individual; DALE BROWN, an individual; FIRST IMPRESSION INTERACTIVE, INC., an Illinois corporation; and JOHN DOES 1-10;<br><br>Defendants. | NO. 2:19-cv-00523-RSM<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

## I.    **STIPULATION**

The current deadline for defendants First Impression Interactive, Inc., Jeffrey Giles, and Dale Brown to respond to plaintiff's Complaint is June 7, 2019. *See* Dkt. 12. Defendants First Impression Interactive, Inc., Jeffrey Giles, and Dale Brown currently intend to respond by a motion to dismiss for lack of personal jurisdiction and improper venue, or, in the alternative, to transfer venue. Without waiving any defenses, in order to (a) accommodate scheduling issues and (b) permit the parties to conduct informal discussions regarding the grounds on which plaintiff asserts the existence of jurisdiction and proper venue, the parties hereby stipulate and agree as follows:

1. The current deadline of June 7, 2019, for defendants to respond to plaintiff's Complaint is hereby amended and continued to June 21, 2019. (Amending the prior response deadline set forth in Dkt. 12.)

TO COMPLAINT (NO. 2:19-CV-00523-RSM) - 1

Byrnes ♦ Keller ♦ Cromwell LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

2. Without waiver of any defenses, defendants will not to file any motion to dismiss prior to June 21, 2019.

DATED this 6th day of June, 2019.

| DAVIS WRIGHT TREMAINE LLP | BYRNES KELLER CROMWELL LLP |
|---|---|
| By /s/ Bonnie E. MacNaughton<br>  Bonnie E. MacNaughton, WSBA #36110<br>  bonniemacnaughton@dwt.com<br><br>By /s/ James H. Wendell<br>  James H. Wendell, WSBA #46489<br>  jamiewendell@dwt.com<br><br>By /s/ Sara A. Fairchild<br>  Sara A. Fairchild, WSBA #54419<br>  sarafairchild@dwt.com<br>920 Fifth Avenue, Suite 3300<br>Seattle, Washington 98104<br>206-622-3150<br>Fax: 206-757-7700<br>*Attorneys for Plaintiff Amazon.com, Inc.* | By /s/ Bradley S. Keller<br>  Bradley S. Keller, WSBA #10665<br>  bkeller@byrneskeller.com<br><br>By /s/ Jofrey M. McWilliam<br>  Jofrey M. McWilliam, WSBA #28441<br>  jmcwilliam@byrneskeller.com<br>1000 Second Avenue, 38th Floor<br>Seattle, Washington 98104<br>206-622-2000<br>Fax: 206-622-2522<br><br>ARONBERG GOLDGEHN DAVIS & GARMISA<br><br>By /s/ Nathan H. Lichtenstein<br>  Nathan H. Lichtenstein,<br>  admitted pro hac vice<br>330 North Wabash Avenue, Suite 1700<br>Chicago, IL 60611<br>312-828-9600<br>nlichtenstein@agdglaw.com<br>*Attorneys for Defendants First Impression Interactive, Inc., Jeffrey Giles, and Dale Brown* |

## II. ORDER

IT IS SO ORDERED this 11 day of June, 2019.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER EXTENDING TIME TO RESPOND
TO COMPLAINT (NO. 2:19-CV-00523-RSM) - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000