The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROY ORON, an individual; JEFFREY GILES, an individual; DALE BROWN, an individual; FIRST IMPRESSION INTERACTIVE, INC., an Illinois corporation; and JOHN DOES 1–10,<br><br>Defendants. | No. 2:19-cv-00523-RSM<br><br>STIPULATION AND ORDER DISMISSING DEFENDANTS JEFFREY GILES AND DALE BROWN WITHOUT PREJUDICE<br><br>NOTE ON MOTION CALENDAR: JUNE 21, 2019 (LCR 7(d)(1)) |

## **STIPULATION**

Plaintiff Amazon.com, Inc. ("Amazon") and Defendants First Impression Interactive, Inc., Jeffrey Giles, and Dale Brown (collectively "Defendants") have met and conferred and stipulate as follows:

1. Defendant First Impression Interactive, Inc. consents to and waives any defenses to personal jurisdiction and venue in this Court; and

2. Pursuant to Rule 41(a)(1)(A)(ii), Amazon dismisses without prejudice Defendants Jeffrey Giles and Dale Brown, without any fees or costs to Defendants.

STIPULATION AND [PROPOSED] ORDER DISMISSING
DEFENDANTS GILES AND BROWN WITHOUT PREJUDICE - 1
(2:19-cv-00523-RSM)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax

DATED this 21st day of June, 2019.

| DAVIS WRIGHT TREMAINE LLP | BYRNES KELLER CROMWELL LLP |
|---|---|
| By *s/ James H. Wendell* <br> Bonnie E. MacNaughton, WSBA #36110 <br> James H. Wendell, WSBA #46489 <br> Sara A. Fairchild, WSBA #54419 <br> 920 Fifth Avenue, Suite 3300 <br> Seattle, WA 98104 <br> Tel: (206) 622-3150 <br> Fax: (206) 757-7700 <br> Email: bonniemacnaughton@dwt.com <br> jamiewendell@dwt.com <br> sarafairchild@dwt.com | By *s/ Jofrey M. McWilliam* <br> Bradley S. Keller, WSBA #10665 <br> Jofrey M. McWilliam, WSBA #28441 <br> 1000 Second Avenue, 38th Floor <br> Seattle, WA 98104 <br> Phone: 206-622-2000 <br> Fax: 206-622-2522 <br> Email: bkeller@byrneskeller.com <br> jmcwilliam@byrneskeller.com |

*Attorneys for Plaintiff Amazon.com, Inc.*

ARONBERG GOLDGEHN DAVIS & GARMISA

By *s/ Nathan H. Lichtenstein*
Nathan H. Lichtenstein (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 1700
Chicago, IL 60611
Phone: 312-828-9600
Email: nlichtenstein@agdglaw.com

*Attorneys for Defendants First Impression Interactive, Inc., Jeffrey Giles, and Dale Brown*

## **ORDER**

IT IS SO ORDERED.

DATED this _____ day of _____, 2019.

_____
Ricardo S. Martinez
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER DISMISSING
DEFENDANTS GILES AND BROWN WITHOUT PREJUDICE - 2
(2:19-cv-00523-RSM)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax

## **CERTIFICATE OF SERVICE**

I certify that on June 21, 2019, a copy of this pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record via the court's electronic filing system.

*s/ James H. Wendell*
James H. Wendell

STIPULATION AND [PROPOSED] ORDER DISMISSING
DEFENDANTS GILES AND BROWN WITHOUT PREJUDICE - 3
(2:19-cv-00523-RSM)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax