The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware corporation,

Plaintiff,

v.

ROY ORON, an individual; JEFFREY GILES, an individual; DALE BROWN, an individual; FIRST IMPRESSION INTERACTIVE, INC., an Illinois corporation; and JOHN DOES 1–10,

Defendants.

No. 2:19-cv-00523-RSM

STIPULATION AND ORDER DISMISSING DEFENDANTS JEFFREY GILES AND DALE BROWN WITHOUT PREJUDICE

## STIPULATION

Plaintiff Amazon.com, Inc. ("Amazon") and Defendants First Impression Interactive, Inc., Jeffrey Giles, and Dale Brown (collectively "Defendants") have met and conferred and stipulate as follows:

1. Defendant First Impression Interactive, Inc. consents to and waives any defenses to personal jurisdiction and venue in this Court; and

2. Pursuant to Rule 41(a)(1)(A)(ii), Amazon dismisses without prejudice Defendants Jeffrey Giles and Dale Brown, without any fees or costs to Defendants.

STIPULATION AND ORDER DISMISSING
DEFENDANTS GILES AND BROWN WITHOUT PREJUDICE - 1
(2:19-cv-00523-RSM)

DATED this 21st day of June, 2019.

| DAVIS WRIGHT TREMAINE LLP | BYRNES KELLER CROMWELL LLP |
|---|---|
| By *s/ James H. Wendell*<br>Bonnie E. MacNaughton, WSBA #36110<br>James H. Wendell, WSBA #46489<br>Sara A. Fairchild, WSBA #54419<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br>Tel: (206) 622-3150<br>Fax: (206) 757-7700<br>Email: bonniemacnaughton@dwt.com<br>jamiewendell@dwt.com<br>sarafairchild@dwt.com | By *s/ Jofrey M. McWilliam*<br>Bradley S. Keller, WSBA #10665<br>Jofrey M. McWilliam, WSBA #28441<br>1000 Second Avenue, 38th Floor<br>Seattle, WA 98104<br>Phone: 206-622-2000<br>Fax: 206-622-2522<br>Email: bkeller@byrneskeller.com<br>jmcwilliam@byrneskeller.com |
| *Attorneys for Plaintiff Amazon.com, Inc.* | ARONBERG GOLDGEHN DAVIS & GARMISA<br><br>By *s/ Nathan H. Lichtenstein*<br>Nathan H. Lichtenstein (admitted *pro hac vice*)<br>330 North Wabash Avenue, Suite 1700<br>Chicago, IL 60611<br>Phone: 312-828-9600<br>Email: nlichtenstein@agdglaw.com<br><br>*Attorneys for Defendants First Impression Interactive, Inc., Jeffrey Giles, and Dale Brown* |

## **ORDER**

IT IS SO ORDERED.

DATED this 24 day of June 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER DISMISSING
DEFENDANTS GILES AND BROWN WITHOUT PREJUDICE - 2
(2:19-cv-00523-RSM)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax