UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware corporation,

Plaintiff,

v.

ROY ORON, an individual; FIRST IMPRESSION INTERACTIVE, INC., an Illinois corporation; and JOHN DOES 1–10,

Defendants.

No. C19-523 RSM

ORDER GRANTING PLAINTIFF AMAZON.COM, INC.'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND DENYING MOTION TO SEAL

This matter comes before the Court on Plaintiff Amazon.com, Inc.'s Motion for Leave to File First Amended Complaint and Motion to Seal. Dkts. #43 and #45. No party has filed an opposition to these Motions. The Court has reviewed the Motions and supporting documents, as well as the papers filed in connection with this matter. Based on a showing of good cause, the Court finds and ORDERS that Amazon's Motion for Leave to File First Amended Complaint (Dkt. #45) is GRANTED and Amazon's Motion to Seal (Dkt. #43) is DENIED. Amazon has leave to file its First Amended Complaint within 14 days of the date of this Order. The exhibit at

//
//
//
//
//

ORDER
(2:19-CV-00523-RSM) — 1

Docket #46 shall be unsealed by the Clerk.

DATED this 25th day of October 2019.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING AMAZON'S MOTION FOR LEAVE
(2:19-CV-00523-RSM) —3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax