UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROY ORON, an individual; JEFFREY GILES, an individual; DALE BROWN, an Individual; FIRST IMPRESSIONS INTERACTIVE, INC., an Illinois corporation; and JOHN DOES 1—10,<br><br>Defendants. | NO. C19-523 RSM<br><br>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION FOR DEFENDANT ROY ORON |

THE COURT, having considered the Motion to Withdraw as Counsel of Record without Substitution for Defendant Roy Oron, and being satisfied that the requirements of LCR 83.2(b) have been met, does hereby grant Dan J. Donlan and the Law Office of Dan J. Donlan leave to withdraw as counsel in this action for defendant Roy Oron effective immediately.

////

ORDER GRANTING MOTION TO WITHDRAW
AS COUNSEL OF RECORD - 1 -

LAW OFFICES OF DAN J. DONLAN
19110 NE 155TH STREET
WOODINVILLE, WA 98072
425.941.7225 FAX: 425.949.7974

SO ORDERED this 1st day of November 2019.

　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

LAW OFFICE OF DAN J. DONLAN

　//ss// Dan J. Donlan //ss//
Dan J. Donlan, WSBA #25374
Attorneys for Defendant Roy Oron

ORDER GRANTING MOTION TO WITHDRAW
AS COUNSEL OF RECORD - 2 -