UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware corporation,

Plaintiff,

v.

ROY ORON, an individual; MAAYAN MARZAN (aka MAAYAN ALMOG), an individual; CLICKOMY, LTD., an Israeli company; RASHEED ALI, an individual; PETER BRADFORD, an individual; CASH NETWORK, LLC, a Nevada limited liability company; JEFFREY GILES, an individual; DALE BROWN, an individual; FIRST IMPRESSION INTERACTIVE, INC., an Illinois corporation; and JOHN DOES 1–10,

Defendants.

No. C19-0523 RSM

ORDER GRANTING PLAINTIFF AMAZON.COM, INC.'S MOTION FOR AUTHORIZATION FOR ALTERNATIVE SERVICE OF PROCESS ON MAAYAN MARZAN AND CLICKOMY LTD.

This matter comes before the Court on Plaintiff Amazon.com, Inc.'s ("Amazon") Motion for Authorization for Alternative Service of Process on Maayan Marzan and Clickomy Ltd. The Court has reviewed the Motion and supporting documents, as well as the papers filed in connection with this matter. The Court finds good cause to grant Amazon's motion. The Court orders that Amazon has leave under Federal Rule of Civil Procedure 4(f)(3) and (h)(2) to serve Defendant Maayan Marzan (aka Maayan Almog) and Defendant Clickomy Ltd. by internationally registered mail and email as indicated below:

| Defendant | Registered Mail | Email |

[PROPOSED] ORDER GRANTING AMAZON'S MOTION FOR ALTERNATIVE SERVICE (2:19-CV-00523-RSM) — 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax

| Maayan Marzan | • 47 Yitzhak Rabin Blvd., Modi'im-Maccabeem-Reu't, 7174915 Israel (Marzan's residence) | • maayanmarzan@gmail.com<br>• maayan@clickomy.com |
|---|---|---|
| Clickomy Ltd. | • 7 Abba Hillel St., Ramat Gan, 5252204 Israel (Clickomy Ltd.'s registered corporate address)<br>• 47 Yitzhak Rabin Blvd., Modi'im-Maccabeem-Reu't, 7174915 Israel (Marzan's residence)<br>• 533 Hazait Street, 59 Hazait, Beit Aryeh, 7194700 Israel (Oron's residence) | • maayanmarzan@gmail.com<br>• maayan@clickomy.com<br>• roy@clickomy.com |

Such service shall be made no later than ten days from the date of this Order or at such time as may be extended by this Court.

DATED this 21st day of November 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiff Amazon.com, Inc.*

By  *s/ Bonnie E. MacNaughton*
    Bonnie E. MacNaughton, WSBA #36110
    James H. Wendell, WSBA #46489
    Sara A. Fairchild, WSBA #54419
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104
    Tel: (206) 622-3150
    Fax: (206) 757-7700
    Email: bonniemacnaughton@dwt.com
           jamiewendell@dwt.com
           sarafairchild@dwt.com

[PROPOSED] ORDER GRANTING AMAZON'S MOTION FOR ALTERNATIVE SERVICE (2:19-CV-00523-RSM) — 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax