UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware corporation,

Plaintiff,

v.

ROY ORON, an individual; MAAYAN MARZAN (aka MAAYAN ALMOG), an individual; CLICKOMY, LTD., an Israeli company; RASHEED ALI, an individual; PETER BRADFORD, an individual; CASH NETWORK, LLC, a Nevada limited liability company; JEFFREY GILES, an individual; DALE BROWN, an individual; FIRST IMPRESSION INTERACTIVE, INC., an Illinois corporation; and JOHN DOES 1–10,

Defendants.

No. 2:19-cv-00523-RSM

STIPULATED MOTION AND ORDER REGARDING ANSWER DEADLINES AND CASE SCHEDULE

## I. INTRODUCTION

Pursuant to LCR 7(d)(1) and LCR 10(g), Plaintiff Amazon.com, Inc. ("Amazon"), Defendants Cash Network, LLC, Rasheed Ali, and Peter Bradford (collectively "Cash Network Defendants"), and Defendants First Impression Interactive, Inc., Jeffrey Giles, and Dale Brown (collectively "First Impression Defendants")[1] move the Court to extend the deadlines set in the Court's Order Setting Trial Date and Related Dates ("Scheduling Order") (Dkt. #40). After the

---

[1] Collectively, these are all of the defendants who have currently appeared in this case. Defendants Maayan Marzan and Clickomy Ltd. have not appeared. Defendant Roy Oron's counsel withdrew from the case, new counsel has not appeared, and the defendant has not otherwise participated since his counsel's withdrawal.

STIPULATION AND ORDER REGARDING
ANSWER DEADLINES & CASE SCHEDULE - 1
(2:19-cv-00523-RSM)

Scheduling Order was entered, Amazon filed its First Amended Complaint ("FAC") (Dkt. #52), which added seven new defendants to the case. Since filing the FAC, Amazon diligently served the international defendants and has continued discovery. The parties also spent considerable time discussing settlement, but have not yet reached a resolution. The parties now request a roughly four-month extension to the Scheduling Order to conduct discovery and prepare the case for trial. The parties have not previously sought an extension of the Scheduling Order.

## II. BACKGROUND

Amazon filed its Complaint on April 10, 2019 against Roy Oron ("Oron") and the First Impression Defendants (Dkt. #1). Amazon voluntarily dismissed Jeffrey Giles and Dale Brown soon after filing the case (Dkt. #22). On May 24, 2019, Amazon moved for authorization for alternative service on Oron (Dkt. #15), which the Court granted on June 6, 2019 (Dkt. #19). Amazon promptly completed service on Oron (Dkt. #21).

On July 5, 2019, Oron moved to dismiss the case for lack of personal jurisdiction (Dkt. #27). Despite not receiving a stay from the Court in connection with the motion, Oron refused to participate in any of the requirements set forth in the Court's initial scheduling order (Dkt. #5), and refused to respond to Amazon's discovery requests. On September 19, 2019, the Court denied Oron's motion to dismiss (Dkt. #42). On the same day, Oron's attorney filed a motion to withdraw (Dkt. #41), which the Court granted on November 1, 2019 (Dkt. # 54).

Separate from Oron, Amazon worked with First Impression to complete the pre-discovery requirements, such as exchanging initial disclosures and completing the Joint Status Report (Dkt. #29). Amazon then pursued discovery of First Impression, and Amazon served ten subpoenas on third parties.

On October 8, 2019, and based on the discovery Amazon conducted, Amazon moved for leave to file its FAC (Dkt. #45). The Court granted Amazon's motion on October 25, 2019 (Dkt. #51), and Amazon promptly filed the FAC on October 31, 2019 (Dkt. #52). Among other

things, the FAC added seven new defendants: Clickomy, Ltd., Maayan Marzan, Jeffrey Giles, Dale Brown, Cash Network, LLC, Rasheed Ali, and Peter Bradford.

On November 5, 2019, Amazon moved for authorization for alternative service of process on Defendants Maayan Marzan and Clickomy Ltd. (Dkt. #55). On November 21, 2019, the Court granted Amazon's motion (Dkt. # 59), and Amazon completed service on November 26, 2019 (Dkt. #60).

Defendants Oron and Clickomy Ltd. have failed to appear or otherwise respond to the FAC. Accordingly, on February 5, 2020, Amazon filed a Motion for Default against Oron and Clickomy Ltd. (Dkt. #62).

Defendant Marzan has not yet appeared in the case, but counsel for Marzan has been in contact with counsel for Amazon regarding a possible settlement. Those discussions are ongoing.

The First Impression Defendants and the Cash Network Defendants have not answered the FAC (in part) because they have been engaged in settlement discussions with Amazon. Though the parties continue those discussions, no agreement has been reached. The parties, therefore, wish to adjust the case schedule in order to proceed with the litigation.

### III. STIPULATED REQUEST

Good cause exists to extend the Scheduling Order by roughly four months. This is the first time the parties have requested an extension of the Scheduling Order. After the Court entered the Scheduling Order, seven new defendants have been added to this litigation. Two of the new defendants are located internationally, and required alternative service. Amazon also conducted significant third-party discovery in order to identify the additional defendants and gather evidence to support its case.

The current Scheduling Order (Dkt. #40) does not provide sufficient time for the parties to pursue their claims and defenses. For example, the current expert disclosure deadline is June 10, 2020, and the deadline for completion of discovery is August 10, 2020. Some of the newly-

added defendants anticipate filing Rule 12 motions in response to the FAC. In particular, the Cash Network Defendants contend this Court lacks jurisdiction over them and intend to assert those defenses in a Rule 12 Motion to be filed. The Parties will not have sufficient time after the anticipated Rule 12 motions to complete discovery by the current case deadlines.

Accordingly, Amazon, the Cash Network Defendants, and the First Impression Defendants jointly request the following action:

1. That the Cash Network Defendants and the First Impression Defendants be ordered to file an answer or other responsive motion to the FAC on March 6, 2020; and

2. That the Court amend the Scheduling Order as shown below:

|  | **Current Date** | **New Date** |
|---|---|---|
| **JURY TRIAL DATE** | December 7, 2020 | April 5, 2021 |
| Disclosure of expert testimony under FRCP 26(a)(2) | June 10, 2020 | October 9, 2020 |
| Deadline for filing motions related to discovery | July 10, 2020 | November 9, 2020 |
| Discovery completed by | August 10, 2020 | December 9, 2020 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter | September 8, 2020 | January 11, 2021 |
| Mediation per LCR 39.1(c)(3), if requested by the parties, held no later than | October 23, 2020 | February 26, 2021 |
| All motions in limine must be filed by and noted on the motion calendar no later than the third Friday thereafter | November 9, 2020 | March 8, 2021 |
| Agreed pretrial order due | November 25, 2020 | March 24, 2021 |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | December 2, 2020 | March 31, 2021 |

DATED this 5th day of February, 2020.

STIPULATION AND ORDER REGARDING
ANSWER DEADLINES & CASE SCHEDULE - 4
(2:19-cv-00523-RSM)

| DAVIS WRIGHT TREMAINE LLP | BYRNES KELLER CROMWELL LLP |
|---|---|
| By *s/ James H. Wendell* <br> Bonnie E. MacNaughton, WSBA #36110 <br> James H. Wendell, WSBA #46489 <br> Sara A. Fairchild, WSBA #54419 <br> 920 Fifth Avenue, Suite 3300 <br> Seattle, WA 98104 <br> Tel: (206) 622-3150 <br> Fax: (206) 757-7700 <br> Email: bonniemacnaughton@dwt.com <br> jamiewendell@dwt.com <br> sarafairchild@dwt.com <br><br> *Attorneys for Plaintiff Amazon.com, Inc.* | By *s/ Jofrey M. McWilliam* <br> Bradley S. Keller, WSBA #10665 <br> Jofrey M. McWilliam, WSBA #28441 <br> 1000 Second Avenue, 38th Floor <br> Seattle, WA 98104 <br> Phone: 206-622-2000 <br> Fax: 206-622-2522 <br> Email: bkeller@byrneskeller.com <br> jmcwilliam@byrneskeller.com |
| | ARONBERG GOLDGEHN DAVIS & GARMISA |
| | By *s/ Nathan H. Lichtenstein* <br> Nathan H. Lichtenstein (admitted *pro hac vice*) <br> 330 North Wabash Avenue, Suite 1700 <br> Chicago, IL 60611 <br> Phone: 312-828-9600 <br> Email: nlichtenstein@agdglaw.com |
| | *Attorneys for Defendants First Impression Interactive, Inc., Jeffrey Giles, and Dale Brown* |
| LOWE GRAHAM JONES | |
| By *s/ Mark P. Walters* <br> Mark P. Walters, WSBA# 30819 <br> 701 Fifth Avenue, Suite 4800 <br> Seattle, WA 98104 <br> Telephone: (206) 381-3300 <br> Email: walters@lowegrahamjones.com <br><br> *Attorneys for Defendants Cash Network, LLC, Rasheed Ali, and Peter Bradford* | |

STIPULATION AND ORDER REGARDING
ANSWER DEADLINES & CASE SCHEDULE - 5
(2:19-cv-00523-RSM)

# ORDER

Given the stipulation above, and for good cause, the Court issues the following revised deadlines:

1) the Cash Network Defendants and the First Impression Defendants are to file an answer or other responsive motion to the FAC no later than March 6, 2020, and

2) the scheduling order is modified as set forth below.

|  | **Current Date** | **New Date** |
|---|---|---|
| **JURY TRIAL DATE** | December 7, 2020 | April 5, 2021 |
| Disclosure of expert testimony under FRCP 26(a)(2) | June 10, 2020 | October 9, 2020 |
| Deadline for filing motions related to discovery | July 10, 2020 | November 9, 2020 |
| Discovery completed by | August 10, 2020 | December 9, 2020 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter | September 8, 2020 | January 5, 2021 |
| Mediation per LCR 39.1(c)(3), if requested by the parties, held no later than | October 23, 2020 | February 26, 2021 |
| All motions in limine must be filed by and noted on the motion calendar no later than the third Friday thereafter | November 9, 2020 | March 8, 2021 |
| Agreed pretrial order due | November 25, 2020 | March 24, 2021 |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | December 2, 2020 | March 31, 2021 |

//
//
//
//
//

STIPULATION AND ORDER REGARDING
ANSWER DEADLINES & CASE SCHEDULE - 6
(2:19-cv-00523-RSM)

1 DATED this 7th day of February 2020.

*(signature)*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER REGARDING
ANSWER DEADLINES & CASE SCHEDULE - 7
(2:19-cv-00523-RSM)