UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROY ORON, an individual; MAAYAN MARZAN (aka MAAYAN ALMOG), an individual; CLICKOMY, LTD., an Israeli company; RASHEED ALI, an individual; PETER BRADFORD, an individual; CASH NETWORK, LLC, a Nevada limited liability company; JEFFREY GILES, an individual; DALE BROWN, an individual; FIRST IMPRESSION INTERACTIVE, INC., an Illinois corporation; and JOHN DOES 1–10,<br><br>Defendants. | No. 2:19-cv-00523-RSM<br><br>STIPULATED PERMANENT INJUNCTION |

## **STIPULATION**

Plaintiff Amazon.com, Inc. and Defendants First Impression Interactive, Inc., Jeffrey Giles, and Dale Brown (collectively "Parties"), by and through their respective counsel of record, notify the Court that the parties have reached a settlement of all claims in this matter. Pursuant to the terms of that settlement, the Parties stipulate and agree to entry of the permanent injunction below.

STIPULATED PERMANENT INJUNCTION
(2:19-CV-00523-RSM) - 1

DATED: March 4, 2020

| DAVIS WRIGHT TREMAINE LLP | BYRNES KELLER CROMWELL LLP |
|---|---|
| By *s/ James H. Wendell*<br>    Bonnie E. MacNaughton, WSBA #36110<br>    James H. Wendell, WSBA #46489<br>    Sara A. Fairchild, WSBA #54419<br>    920 Fifth Avenue, Suite 3300<br>    Seattle, WA 98104<br>    Tel: (206) 622-3150<br>    Fax: (206) 757-7700<br>    Email: bonniemacnaughton@dwt.com<br>            jamiewendell@dwt.com<br>            sarafairchild@dwt.com<br><br>*Attorneys for Plaintiff Amazon.com, Inc.* | By *s/ Jofrey M. McWilliam*<br>    Bradley S. Keller, WSBA #10665<br>    Jofrey M. McWilliam, WSBA #28441<br>    1000 Second Avenue, 38th Floor<br>    Seattle, WA 98104<br>    Phone: 206-622-2000<br>    Fax: 206-622-2522<br>    Email: bkeller@byrneskeller.com<br>            jmcwilliam@byrneskeller.com<br><br>ARONBERG GOLDGEHN DAVIS & GARMISA<br><br>By *s/ Nathan H. Lichtenstein*<br>    Nathan H. Lichtenstein (admitted *pro hac vice*)<br>    330 North Wabash Avenue, Suite 1700<br>    Chicago, IL 60611<br>    Phone: 312-828-9600<br>    Email: nlichtenstein@agdglaw.com<br><br>*Attorneys for Defendants First Impression Interactive, Inc., Jeffrey Giles, and Dale Brown* |

## **PERMANENT INJUNCTION**

Pursuant to the above stipulation of the parties, IT IS HEREBY ORDERED that Defendants First Impression Interactive, Inc., Jeffrey Giles, and Dale Brown, and their respective directors, shareholders, officers, employees, agents, successors and assigns, and all others in active concert or participation with them, are enjoined and restrained from:

STIPULATED PERMANENT INJUNCTION
(2:19-CV-00523-RSM) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1. Using counterfeit versions of any trademarks registered by Amazon (or its subsidiary, Amazon Technologies, Inc.) as of this injunction's entry date with any advertising, marketing, offer for sale, promotion, display, publication, website, voicemail, email, or software;

2. Using any false designation of origin or false or misleading description or false or misleading representation that can or is likely to lead the trade or public or individuals erroneously to believe that any website, voicemail, email, advertising, or other marketing materials has been produced, distributed, displayed, licensed, sponsored, approved or authorized by or for Amazon, when such is not true in fact;

3. Engaging in any other activity adjudicated to be an infringement or dilution of any trademarks registered by Amazon (or its subsidiary, Amazon Technologies, Inc.), or of the Amazon parties' rights in, or right to use or to exploit, such trademarks or services marks for the pecuniary benefit of Jeffrey Giles, Dale Brown, or First Impression Interactive, Inc.; and

4. Knowingly and materially assisting any other person or business entity in engaging in or performing any of the activities listed above.

Additionally, the Court shall retain continuing jurisdiction over this matter for the limited purposes of enforcing the terms of the Parties' settlement agreement and this Stipulated Permanent Injunction.

DATED THIS 18 day of March 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED PERMANENT INJUNCTION
(2:19-CV-00523-RSM) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax