1

2

3

4

5

6

7

8

The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9    AMAZON.COM, INC., a Delaware corporation,

10         Plaintiff,

11         v.

12   ROY ORON, an individual; MAAYAN
     MARZAN (aka MAAYAN ALMOG), an
13   individual; CLICKOMY, LTD., an Israeli
     company; RASHEED ALI, an individual;
14   PETER BRADFORD, an individual; CASH
     NETWORK, LLC, a Nevada limited liability
15   company; JEFFREY GILES, an individual;
     DALE BROWN, an individual; FIRST
16   IMPRESSION INTERACTIVE, INC., an
     Illinois corporation; and JOHN DOES 1–10,

17         Defendants.

No. 2:19-cv-00523-RSM

ORDER GRANTING DISMISSAL
WITH PREJUDICE OF
DEFENDANTS FIRST
IMPRESSION INTERACTIVE,
INC., JEFFREY GILES, AND DALE
BROWN

18

19         Pursuant to the Stipulated Dismissal with Prejudice of Defendants First Impression

20   Interactive, Inc., Jeffrey Giles, and Dale Brown filed in this matter [Dkt. 76], this action is

21   dismissed against defendants First Impression Interactive, Inc., Jeffrey Giles, and Dale Brown

22   with prejudice and without attorneys' fees and costs to any party.  This dismissal shall not

23   affect plaintiff's claim against other defendants in this action.

24

25         IT IS HEREBY ORDERED.

26

27

ORDER DISMISSING DEFENDANTS FII, GILES, AND BROWN
(2:19-CV-00523-RSM)

1  DATED this 24 day of March 2020.

2

3                                        RICARDO S. MARTINEZ

4                                        CHIEF UNITED STATES DISTRICT JUDGE

5

6  Presented by:

7  DAVIS WRIGHT TREMAINE LLP
   *Attorneys for Plaintiff Amazon.com, Inc.*

8
   By: *s/ James H. Wendell*
9        Bonnie E. MacNaughton, WSBA #36110
         James H. Wendell, WSBA #46489
10       Sara A. Fairchild, WSBA #54419
         920 Fifth Avenue, Suite 3300
11       Seattle, WA  98104-1610
         Telephone: (206) 622-3150
12       Fax: (206)757-7700
         Email: bonniemacnaughton@dwt.com
13              jamiewendell@dwt.com
                sarafairchild@dwt.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER DISMISSING DEFENDANTS FII, GILES, AND BROWN
(2:19-CV-00523-RSM) - 2