1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware corporation,

Plaintiff,

v.

ROY ORON, an individual; MAAYAN
MARZAN (aka MAAYAN ALMOG), an
individual; CLICKOMY, LTD., an Israeli
company; RASHEED ALI, an individual;
PETER BRADFORD, an individual; CASH
NETWORK, LLC, a Nevada limited liability
company; JEFFREY GILES, an individual;
DALE BROWN, an individual; FIRST
IMPRESSION INTERACTIVE, INC., an Illinois
corporation; and JOHN DOES 1–10,

Defendants.

No. 2:19-cv-00523-RSM

STIPULATED PERMANENT
INJUNCTION AS TO
DEFENDANTS CASH
NETWORK, LLC, RASHEED ALI,
AND PETER BRADFORD AND
PROPOSED ORDER

NOTED FOR CONSIDERATION:
March 11, 2021
*without oral argument*

## **STIPULATION**

Plaintiff Amazon.com, Inc. and Defendants Cash Network, LLC, Rasheed Ali, and

Peter Bradford (collectively "Parties"), by and through their respective counsel of record, notify

the Court that the parties have reached a settlement of all claims in this matter.  Pursuant to the

terms of that settlement, the Parties stipulate and agree to entry of the permanent injunction

below.

STIPULATED PERMANENT INJUNCTION
(2:19-cv-00523-RSM) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax

1

DATED: March 11, 2021

2

3 | DAVIS WRIGHT TREMAINE LLP

4 | By *s/Tim Cunningham*
   Bonnie E. MacNaughton, WSBA #36110

5 | Tim Cunningham, WSBA #50244
   920 Fifth Avenue, Suite 3300

6 | Seattle, WA 98104
   Tel: (206) 622-3150

7 | Fax: (206) 757-7700
   Email: bonniemacnaughton@dwt.com

8 |        timcunningham@dwt.com

9 | *Attorneys for Plaintiff Amazon.com, Inc.*

LOWE GRAHAM JONES

By *s/Chad S. Pehrson (via email auth)*
Chad S Pehrson
Michael Trent Hoppe
PARR BROWN GEE & LOVELESS
101 SOUTH 200 EAST, SUITE 700
Ste 700
SALT LAKE CITY, UT 84111
801-532-7840
Email: cpehrson@parrbrown.com
mhoppe@parrbrown.com

Mark P Walters
Kevin Edward Regan
LOWE GRAHAM JONES PLLC
701 5TH AVE
STE 4800
SEATTLE, WA 98104-7009
206-381-3300
Fax: 206-381-3301
Email:  regan@lowegrahamjones.com
walters@LoweGrahamJones.com

*Attorneys for Defendants Cash Network,*
*LLC, Rasheed Ali, and Peter Bradford*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED PERMANENT INJUNCTION
(2:19-cv-00523-RSM) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax

**PERMANENT INJUNCTION**

Pursuant to the above stipulation of the parties, IT IS HEREBY ORDERED that Defendants Cash Network, LLC, Rasheed Ali, and Peter Bradford, and their respective directors, shareholders, officers, employees, agents, successors and assigns, and all others in active concert or participation with them, are enjoined and restrained from:

1. Using counterfeit versions of any trademarks registered by Amazon (or its subsidiary, Amazon Technologies, Inc.) as of this injunction's entry date with any advertising, marketing, offer for sale, promotion, display, publication, website, voicemail, email, or software;

2. Using any false designation of origin or false or misleading description or false or misleading representation that can or is likely to lead the trade or public or individuals erroneously to believe that any website, voicemail, email, advertising, or other marketing materials has been produced, distributed, displayed, licensed, sponsored, approved or authorized by or for Amazon, when such is not true in fact;

3. Engaging in any other activity constituting an infringement or dilution of any trademarks registered by Amazon (or its subsidiary, Amazon Technologies, Inc.), or of the Amazon parties' rights in, or right to use or to exploit, such trademarks or services marks for the pecuniary benefit of Peter Bradford, Rasheed Ali, or Cash Network, LLC; and

4. Knowingly and materially assisting any other person or business entity in engaging in or performing any of the activities listed above.

Additionally, the Court shall retain continuing jurisdiction over this matter for the limited purposes of enforcing the terms of the Parties' settlement agreement and this Stipulated Permanent Injunction.

DATED THIS ____ day of _____, 2021.


_____
The Honorable Ricardo S. Martinez
CHIEF UNITED STATES DISTRICT JUDGE

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax