The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware corporation,

Plaintiff,

v.

ROY ORON, an individual; MAAYAN MARZAN (aka MAAYAN ALMOG), an individual; CLICKOMY, LTD., an Israeli company; RASHEED ALI, an individual; PETER BRADFORD, an individual; CASH NETWORK, LLC, a Nevada limited liability company; JEFFREY GILES, an individual; DALE BROWN, an individual; FIRST IMPRESSION INTERACTIVE, INC., an Illinois corporation; and JOHN DOES 1–10,

Defendants.

No. 2:19-cv-00523-RSM

STIPULATED PERMANENT INJUNCTION AS TO DEFENDANTS CASH NETWORK, LLC, RASHEED ALI, AND PETER BRADFORD AND PROPOSED ORDER

NOTED FOR CONSIDERATION:
March 11, 2021
*without oral argument*

## **STIPULATION**

Plaintiff Amazon.com, Inc. and Defendants Cash Network, LLC, Rasheed Ali, and Peter Bradford (collectively "Parties"), by and through their respective counsel of record, notify the Court that the parties have reached a settlement of all claims in this matter. Pursuant to the terms of that settlement, the Parties stipulate and agree to entry of the permanent injunction below.

STIPULATED PERMANENT INJUNCTION
(2:19-cv-00523-RSM) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax

Case 2:19-cv-00523-RSM   Document 103   Filed 03/15/21   Page 2 of 3

DATED: March 11, 2021

| DAVIS WRIGHT TREMAINE LLP | LOWE GRAHAM JONES |
|---|---|
| By *s/Tim Cunningham*<br>  Bonnie E. MacNaughton, WSBA #36110<br>  Tim Cunningham, WSBA #50244<br>  920 Fifth Avenue, Suite 3300<br>  Seattle, WA 98104<br>  Tel: (206) 622-3150<br>  Fax: (206) 757-7700<br>  Email: bonniemacnaughton@dwt.com<br>         timcunningham@dwt.com<br><br>*Attorneys for Plaintiff Amazon.com, Inc.* | By *s/Chad S. Pehrson (via email auth)*<br>  Chad S Pehrson<br>  Michael Trent Hoppe<br>  PARR BROWN GEE & LOVELESS<br>  101 SOUTH 200 EAST, SUITE 700<br>  Ste 700<br>  SALT LAKE CITY, UT 84111<br>  801-532-7840<br>  Email: cpehrson@parrbrown.com<br>  mhoppe@parrbrown.com<br><br>  Mark P Walters<br>  Kevin Edward Regan<br>  LOWE GRAHAM JONES PLLC<br>  701 5TH AVE<br>  STE 4800<br>  SEATTLE, WA 98104-7009<br>  206-381-3300<br>  Fax: 206-381-3301<br>  Email: regan@lowegrahamjones.com<br>  walters@LoweGrahamJones.com<br><br>*Attorneys for Defendants Cash Network, LLC, Rasheed Ali, and Peter Bradford* |

STIPULATED PERMANENT INJUNCTION
(2:19-cv-00523-RSM) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax

**PERMANENT INJUNCTION**

Pursuant to the above stipulation of the parties, IT IS HEREBY ORDERED that Defendants Cash Network, LLC, Rasheed Ali, and Peter Bradford, and their respective directors, shareholders, officers, employees, agents, successors and assigns, and all others in active concert or participation with them, are enjoined and restrained from:

1. Using counterfeit versions of any trademarks registered by Amazon (or its subsidiary, Amazon Technologies, Inc.) as of this injunction's entry date with any advertising, marketing, offer for sale, promotion, display, publication, website, voicemail, email, or software;

2. Using any false designation of origin or false or misleading description or false or misleading representation that can or is likely to lead the trade or public or individuals erroneously to believe that any website, voicemail, email, advertising, or other marketing materials has been produced, distributed, displayed, licensed, sponsored, approved or authorized by or for Amazon, when such is not true in fact;

3. Engaging in any other activity constituting an infringement or dilution of any trademarks registered by Amazon (or its subsidiary, Amazon Technologies, Inc.), or of the Amazon parties' rights in, or right to use or to exploit, such trademarks or services marks for the pecuniary benefit of Peter Bradford, Rasheed Ali, or Cash Network, LLC; and

4. Knowingly and materially assisting any other person or business entity in engaging in or performing any of the activities listed above.

Additionally, the Court shall retain continuing jurisdiction over this matter for the limited purposes of enforcing the terms of the Parties' settlement agreement and this Stipulated Permanent Injunction.

DATED THIS 15th day of March, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED PERMANENT INJUNCTION
(2:19-cv-00523-RSM) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax