The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROY ORON, an individual; MAAYAN MARZAN (aka MAAYAN ALMOG), an individual; CLICKOMY, LTD., an Israeli company; RASHEED ALI, an individual; PETER BRADFORD, an individual; CASH NETWORK, LLC, a Nevada limited liability company; JEFFREY GILES, an individual; DALE BROWN, an individual; FIRST IMPRESSION INTERACTIVE, INC., an Illinois corporation; and JOHN DOES 1–10,<br><br>Defendants. | No. 2:19-cv-00523-RSM<br><br>ORDER GRANTING DISMISSAL WITH PREJUDICE OF DEFENDANTS CASH NETOWRK, LLC, RASHEED ALI, AND PETER BRADFORD |

Pursuant to the Stipulated Dismissal with Prejudice of Defendants Cash Network, LLC, Rasheed Ali, and Peter Bradford filed in this matter [Dkt. 104], this action is dismissed against defendants Cash Network, LLC, Rasheed Ali, and Peter Bradford with prejudice and without attorneys' fees and costs to any party. This dismissal shall not affect plaintiff's claim against other defendants in this action.

IT IS HEREBY ORDERED.

ORDER DISMISSING DEFENDANTS CASH NETWORK, ALI, AND BRADFORD
(2:19-CV-00523-RSM)

DATED this 16th day of March, 2021.

                    RICARDO S. MARTINEZ
                    CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP

By  *s/ Tim Cunningham*
    Bonnie E. MacNaughton, WSBA #36110
    Tim Cunningham, WSBA #50244
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104
    Tel: (206) 622-3150
    Fax: (206) 757-7700
    Email: bonniemacnaughton@dwt.com
           timcunningham@dwt.com

*Attorneys for Plaintiff Amazon.com, Inc.*

ORDER DISMISSING DEFENDANTS CASH NETOWRK, ALI, AND BRADFORD
(2:19-CV-00523-RSM) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax