The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROY ORON, an individual; MAAYAN MARZAN (aka MAAYAN ALMOG), an individual; CLICKOMY, LTD., an Israeli company; RASHEED ALI, an individual; PETER BRADFORD, an individual; CASH NETWORK, LLC, a Nevada limited liability company; JEFFREY GILES, an individual; DALE BROWN, an individual; FIRST IMPRESSION INTERACTIVE, INC., an Illinois corporation; and JOHN DOES 1–10,<br><br>Defendants. | No. 2:19-cv-00523-RSM<br><br>JOINT MOTION TO SET ASIDE ENTRY OF DEFAULT AND FOR ENTRY OF STIPULATED PERMANENT INJUNCTION AS TO DEFENDANT MAAYAN MARZAN AND ORDER<br><br>NOTED FOR CONSIDERATION:<br>October 28, 2021<br>*without oral argument* |

Pursuant to Federal Rules of Civil Procedure 55 and 58, Plaintiff Amazon.com, Inc. and Defendant Maayan Marzan ("Marzan") (collectively "Parties"), by and through their respective counsel of record or themselves, hereby jointly move for the setting aside of the entry of default against Marzan (Dkt. # 95) and notify the Court that the Parties have reached a settlement of all claims in this matter. Pursuant to the terms of that settlement, the Parties stipulate and agree to entry of the permanent injunction below.

STIPULATED PERMANENT INJUNCTION
(2:19-cv-00523-RSM) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax

DATED: October 28, 2021

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP | MAAYAN MARZAN |
| By  *s/Tim Cunningham*  <br>     Bonnie E. MacNaughton, WSBA #36110<br>     Tim Cunningham, WSBA #50244<br>     920 Fifth Avenue, Suite 3300<br>     Seattle, WA 98104<br>     Tel: (206) 622-3150<br>     Fax: (206) 757-7700<br>     Email: bonniemacnaughton@dwt.com<br>            timcunningham@dwt.com<br>            melinagarcia@dwt.com | *s/Maayan Marzan*  <br>47/5 Yitzhak Rabin Blvd<br>Modi'in-Maccabim-Re'ut<br>7174915<br>Israel<br>Email: maayan.almog.1@gmail.com<br><br>*Defendant.* |
| *Attorneys for Plaintiff Amazon.com, Inc.* | |

STIPULATED PERMANENT INJUNCTION
(2:19-cv-00523-RSM) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax

# ORDER GRANTING JOINT MOTION TO SET ASIDE DEFAULT JUDGMENT AND FOR ENTRY OF PERMANENT INJUNCTION

Pursuant to the Parties' stipulation and for good cause shown, the motion to set aside the entry of default against Defendant Maayan Marzan is GRANTED. Fed. R. Civ. P. 55(c). The Clerk's Order Granting Motion for Default (Dkt. # 95) entered against Defendant Maayan Marzan on May 5, 2020, is hereby VACATED.

Pursuant to the above stipulation of the Parties, IT IS HEREBY ORDERED that Defendant Maayan Marzan and his respective directors, shareholders, officers, employees, agents, successors and assigns, and all others in active concert or participation with him, are enjoined and restrained from:

1. Using counterfeit versions of any trademarks registered by Amazon (or its subsidiary, Amazon Technologies, Inc.) as of this injunction's entry date with any advertising, marketing, offer for sale, promotion, display, publication, website, voicemail, email, or software;

2. Using any false designation of origin or false or misleading description or false or misleading representation that can or is likely to lead the trade or public or individuals erroneously to believe that any website, voicemail, email, advertising, or other marketing materials has been produced, distributed, displayed, licensed, sponsored, approved or authorized by or for Amazon, when such is not true in fact;

3. Engaging in any other activity constituting an infringement or dilution of any trademarks registered by Amazon (or its subsidiary, Amazon Technologies, Inc.), or of the Amazon parties' rights in, or right to use or to exploit, such trademarks or services marks for the pecuniary benefit of Maayan Marzan; and

4. Knowingly and materially assisting any other person or business entity in engaging in or performing any of the activities listed above.

Additionally, the Court shall retain continuing jurisdiction over this matter for the limited purposes of enforcing the terms of the Parties' settlement agreement and this Stipulated

STIPULATED PERMANENT INJUNCTION
(2:19-cv-00523-RSM) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax

Permanent Injunction.

DATED this 28th day of October, 2021.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED PERMANENT INJUNCTION
(2:19-cv-00523-RSM) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax