The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware corporation,

Plaintiff,

v.

ROY ORON, an individual; MAAYAN MARZAN (aka MAAYAN ALMOG), an individual; CLICKOMY, LTD., an Israeli company; RASHEED ALI, an individual; PETER BRADFORD, an individual; CASH NETWORK, LLC, a Nevada limited liability company; JEFFREY GILES, an individual; DALE BROWN, an individual; FIRST IMPRESSION INTERACTIVE, INC., an Illinois corporation; and JOHN DOES 1–10,

Defendants.

No. 2:19-cv-00523-RSM

ORDER GRANTING DISMISSAL WITH PREJUDICE OF DEFENDANT MAAYAN MARZAN

Pursuant to the Stipulated Dismissal with Prejudice of Defendant Maayan Marzan filed in this matter [Dkt. 108], this action is dismissed against Defendant Maayan Marzan with prejudice and without attorneys' fees and costs to any party.  This dismissal shall not affect plaintiff's claim against other defendants in this action.

IT IS HEREBY ORDERED.

DATED this 2nd day of November, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING DEFENDANT MAAYAN MARZAN
(2:19-CV-00523-RSM)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax

Presented by:

DAVIS WRIGHT TREMAINE LLP

By *s/ Tim Cunningham*
    Bonnie E. MacNaughton, WSBA #36110
    Tim Cunningham, WSBA #50244
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104
    Tel: (206) 622-3150
    Fax: (206) 757-7700
    Email: bonniemacnaughton@dwt.com
           timcunningham@dwt.com

*Attorneys for Plaintiff Amazon.com, Inc.*

ORDER DISMISSING DEFENDANT MAAYAN MARZAN
(2:19-CV-00523-RSM) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax