UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROY ORON, an individual; MAAYAN MARZAN (aka MAAYAN ALMOG), an individual; CLICKOMY, LTD., an Israeli company; RASHEED ALI, an individual; PETER BRADFORD, an individual; CASH NETWORK, LLC, a Nevada limited liability company; JEFFREY GILES, an individual; DALE BROWN, an individual; FIRST IMPRESSION INTERACTIVE, INC., an Illinois corporation; and JOHN DOES 1–10,<br><br>Defendants. | No. 2:19-cv-00523-RSM<br><br>ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AND ENTERING PERMANENT INJUNCTION AGAINST ROY ORON & CLICKOMY, LTD. |

THIS MATTER comes before the Court on Plaintiff Amazon.com, Inc.'s Motion for Default Judgment and Permanent Injunction against Roy Oron and Clickomy, Ltd. Dkt. #112. Having reviewed the pleadings and papers filed by Amazon in connection with this Motion, and having seen no other briefing from the parties after Amazon has demonstrated service, the Court is fully informed.  Accordingly, the Court finds and orders as follows:

1. Amazon's Motion for Default Judgment is GRANTED IN PART and JUDGMENT is entered as to Roy Oron and Clickomy, Ltd. as follows, on (a) Amazon's First Cause of Action for trademark infringement, 15 U.S.C. § 1114; and (b) Amazon's Second Cause of Action for false designation or origin, sponsorship, approval, or association and false advertising, 15 U.S.C. § 1125(a).

ORDER AND INJUNCTION - 1

2. The Court awards Amazon damages for Roy Oron and Clickomy, Ltd.'s willful violations of the Lanham Act, in the total amount of $7,000,000.00, as follows:

    a. $1,000,000.00 for willful infringement of the AMAZON mark, the AMAZON.COM mark, the Amazon smiling arrow logo mark, and the Amazon.com smiling arrow logo mark.[1] 15 U.S.C. § 1117(c). Although Amazon sought four times this amount given the four marks at issue, infringement of the AMAZON.COM mark, the Amazon smiling arrow logo mark, and the Amazon.com smiling arrow logo mark was closely related to the infringement of the AMAZON mark in the eyes/ears of the consumer. Certainly, these additional infringements would be lost in a voicemail message. Amazon has failed to show that quadrupling the statutory damages award is necessary compensation, deterrence, or punishment.

    b. $6,000,000 of Defendants' profits for false designation of origin, in connection with the sale of fake Amazon work-from-home services. 15 U.S.C. § 1117(a).

3. The Clerk is directed to enter judgment against Roy Oron and Clickomy, Ltd. and in favor of Amazon for the amounts set forth above.

4. Amazon is also entitled to an injunction pursuant to 15 U.S.C. § 1116(a).

5. Accordingly, Roy Oron and Clickomy, Ltd. and their agents, representatives, servants, employees, successors and assigns, and all others in active concert or participation with them, are hereby ENJOINED AND RESTRAINED from

    (i) Using counterfeit versions of any trademarks registered by Amazon (or its subsidiary, Amazon Technologies, Inc.) as of this injunction's entry date with any advertising, marketing, offer for sale, promotion, display, publication, website, voicemail, email, or service;

---

[1] *See* Dkt. #52 at 8 (registration numbers for these trademarks).

ORDER AND INJUNCTION - 2

      (ii)      Using any false designation of origin or false or misleading description or false or misleading representation that can or is likely to lead the trade or public or individuals erroneously to believe that any website, social media page, voicemail, email, advertising, or other marketing material has been produced, distributed, displayed, licensed, sponsored, approved or authorized by or for Amazon, when such is not true in fact;

      (iii)     Engaging in any other activity constituting an infringement or dilution of any trademarks registered by Amazon (or its subsidiary, Amazon Technologies, Inc.);

      (iv)     Engaging in any activity that defrauds individuals into paying money for Amazon services or Amazon work opportunities;

      (v)      Registering or using any website domain names or application names that involve trademarks registered by Amazon (or its subsidiary, Amazon Technologies, Inc.); and

      (vi)     Knowingly and materially assisting any other person or business entity in engaging in or performing any of the activities listed above.

6.    The Court hereby retains jurisdiction over this case for the purpose of enforcing this order and injunction, and for any supplemental proceedings that may be authorized by law.

7.    Amazon's counsel is hereby directed to serve a copy of this order on Roy Oron and Clickomy, Ltd. by international mail to the following address: 59 Hazait Street, Beit Arye, 71947 Israel.

DATED this 11th day of January, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER AND INJUNCTION - 3